

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,730-01

### EX PARTE ANTHONY RAY RAMOS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-2-W012258-1608923-A IN THE CRIMINAL DISTRICT COURT NO. 2 FROM TARRANT COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of credit card abuse and sentenced to fifteen years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that he was denied his right to appeal the *nunc pro tunc* order entered on November 18, 2022, because he did not receive timely notice of that order. The State and the trial court both recommend that Applicant be allowed to file an out-of-time appeal.

Relief is granted. Applicant may file an out-of-time appeal of the *nunc pro tunc* entered on November 18, 2022, in cause number 1608923D from the Criminal District Court Number Two of Tarrant County. Within ten days from the date of this Court's mandate, the trial court shall

determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Applicant's remaining claims are dismissed. *See Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997). Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: April 26, 2023
Do not publish